IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

SEP 1 5 2006

Michael N. Milby, Clerk of Cou.

DAVID THOMAS, §
    Plaintiff, §
 §
vs. § CIVIL ACTION NO. H-04-4479
 § JURY
WILLIE G'S POST OAK, INC. and §
LANDRY'S RESTAURANTS, INC., §
    Defendants. §

## PLAINTIFF'S TRIAL EXHIBIT LIST

| NO | DESCRIPTION | MARK | OFF. | OBJ. | DATE ADM. |
|---|---|---|---|---|---|
| 1 | Landry's Restaurants, Inc. Employment Application | x | W/D | | |
| 2 | Landry's Restaurants, Inc. Personnel Action Record dated 05/20/2003 | x | W/D | | |
| 3 | Landry's Restaurants, Inc. Job Description – Server | x | W/D | | |
| 4 | Employee Handbook Acknowledgement – D. Thomas | x | W/D | | |
| 5 | Landry's Restaurants, Inc. Employee Handbook | x | W/D | | |
| 6 | Landry's Restaurants, Inc. Personnel Action Record dated 08/13/2003 | x | ✓ | | 9/8/06 |
| 7 | Landry's Restaurants, Inc. Personnel Action Record dated 10/04/2003 | x | ✓ | | 9/8/06 |
| 8 | Landry's Restaurants, Inc. Personnel Action Record dated 10/13/2003 | x | ✓ | | 9/8/06 |
| 9 | Landry's Restaurants, Inc. Personnel Action Record dated 11/20/2003 | x | ✓ | | 9/8/06 |
| 10 | Handwritten List of Employees | x | ✓ | ✓ | |
| 11 | Form 10-Q for Landry's Restaurants, Inc. (selected pages) | x | ✓ | ✓ | W/D |
| 12 | Landry's Annual Report | ✓ | ✓ | | 9/12/06 |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

    Plaintiff reserves the right to amend this list before or during the trial of this matter as may be necessary.